# MEMORANDUM DECISIONS

**1**

**AMERICAN OPTICAL COMPANY et al., Plaintiffs-Appellees, v. KIRSTEIN OPTICAL COMPANY, Inc., et al., Defendants-Appellants.**

(Circuit Court of Appeals, Second Circuit. December 13, 1926.)

No. 188.

Appeal from the District Court of the United States for the Western District of New York.

Davis & Simms, of Rochester, N. Y. (C. Schuyler Davis, of Rochester, N. Y., and Drury W. Cooper, of New York City, of counsel), for appellant Kirstein Optical Co.

Charles Neave, of New York City, Harrison F. Lyman, of Boston, Mass., and H. H. Styll, of Southbridge, Mass., for appellee American Optical Co.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Affirmed on opinion of Hazel, District Judge, 9 F.(2d) 932.

---

**2**

**AMERICAN OPTICAL COMPANY et al., Plaintiffs-Appellants, v. SHUR–ON OPTICAL COMPANY, Inc., et al., Defendants-Appellants.**

(Circuit Court of Appeals, Second Circuit. December 13, 1926.)

No. 187.

Appeal from the District Court of the United States for the Western District of New York.

Charles Neave, of New York City, Harrison F. Lyman, of Boston, Mass., and H. H. Styll, of Southbridge, Mass., for American Optical Co.

Davis & Simms, of Rochester, N. Y. (C. Schuyler Davis, of Rochester, N. Y., and Drury W. Cooper, of New York City, of counsel), for Shur-on Optical Co. and others.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Affirmed on opinion of Hazel, District Judge, 9 F.(2d) 932.